AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 18, 2019

SEAN F. McAVOY, CLERK

| | |
|---|---|
| United States of America<br>v.<br><br>MORRIS BRUCE JACKSON<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 1:19-MJ-04051-MKD<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 8, 2019__ in the county of __Yakima__ in the
__Eastern__ District of __Washington__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 United States Code, Section 922(g)(1) | Possession of a Firearm by a Prohibited Person |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ronald T. Ribail, SA FBI
*Printed name and title*

☒ Sworn to telephonically and signed electronically

☐ Sworn to before me and signed in my presence.

Date: 6/18/2019

_____
*Judge's signature*

City and state: Yakima, Washington        MARY K. DIMKE, U.S. Magistrate Judge
*Printed name and title*

AUSA: TJH        YAKIMA COUNTY

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Ronald T. Ribail, being first duly sworn on oath, depose and state as follows:

1. As set forth more fully below, I have probable cause to believe that Morris JACKSON has committed the crime of Possession of a Firearm by a Prohibited Person, in violation of 18 U.S.C. 922(g)(1).

2. Your Affiant is a Special Agent of the Federal Bureau of Investigation (FBI) and has been so for the past 15 years. Your Affiant is currently assigned to the Seattle Division, Yakima Resident Agency, Eastern Washington Violent Crime Safe Streets Task Force, and has been so assigned since April 2016. Prior to this, your Affiant was assigned to the Norfolk Division, Newport News Resident Agency, Safe Streets Peninsula Task Force for approximately six years.

3. As part of your Affiant's duties as a FBI Special Agent, your Affiant investigates violations of the laws of the United States, including Title 18, United States Code Section 922. .

4. On June 8, 2019, during an investigation of a violent crime, law enforcement located a disabled vehicle at approximately 1410 Stephenson Road., White Swan, Washington.

5. On June 8, 2019, Sergeant N. Boyer ("SGT Boyer") of the Yakima County Sheriff's Office ("YCSO") observed Morris Bruce JACKSON running through a field which was in close proximity to the disabled vehicle. JACKSON was subsequently arrested due to an outstanding warrant. JACKSON was interviewed by law enforcement at the Yakama Nation Tribal Jail. JACKSON provided that he had been in a vehicle that broke down on Stephenson Road, White Swan, Washington. JACKSON admitted that he possessed a .22 caliber rifle and subsequently threw the rifle into an irrigation canal prior to being contacted by law enforcement.

1

JACKSON admitted that he is a convicted felon. JACKSON admitted that he was aware that he cannot lawfully possess firearms.

6.  JACKSON's criminal history reveals multiple felony convictions, including multiple convictions for which the sentence imposed was greater than 12 months. On or about December 15, 2011, JACKSON was convicted of Possession of Stolen Property in Skamania County Superior Court, Court Case Number 1109399, and sentenced to 14 months imprisonment. On or about August 5, 2002, JACKSON was convicted of Second Degree Assault in Klickitat County Superior Court, Court Case Number 012463, and sentenced to 20 months imprisonment.

7.  A Cooperating Witness ("CW1")[1] advised that he/she saw JACKSON throw the rifle into the canal. On June 10, 2019, CW1 voluntarily led and accompanied law enforcement to the field identified by CW1 as the location where JACKSON threw the rifle into the canal. The CW and law enforcement started the search at approximately 1410 Stephenson Road., White Swan, Washington. CW1 identified a location in a canal approximately 2,400 feet west-southwest of where the search was started. Law enforcement located and retrieved a .22 caliber Ruger rifle from the canal.

8. The .22 caliber Ruger rifle was provided to and examined by Resident Agent in Charge R. Almgren ("RAC Almgren") of the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") in Yakima, Washington. RAC Almgren determined that the rifle was manufactured outside the state of Washington.

---

[1] In regards to criminal convictions, according to NCIC, CW1 has "no known convictions and/or adverse findings."

## III. CONCLUSION

9.      Based on the foregoing, I have probable cause to believe that that Morris JACKSON has committed the crime of Possession of a Firearm by a Prohibited Person, in violation of 18 U.S.C. 922(g)(1), and request that a criminal complaint and warrant be issued for his arrest on said violations.

_____
Ronald T. Ribail, Special Agent
Federal Bureau of Investigation

SWORN to telephonically and SUBSCRIBED electronically this __18th__ day of June, 2019.

_____
Mary K. Dimke
United States Magistrate Judge

3