FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 01, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MORRIS BRUCE JACKSON,<br><br>Defendant. | No. 1:19-MJ-04051-MKD-1<br><br>ORDER FOLLOWING PRELIMINARY HEARING |
|---|---|

On Monday, July 01, 2019, the parties appeared for a preliminary hearing. The Defendant appeared, in custody, with his attorney Kenneth Therrien. Assistant United States Attorney Thomas Hanlon represented the United States.

Defendant, personally and through counsel, waived his right to a preliminary hearing.

Accordingly, **IT IS ORDERED**:

1.  The Court finds probable cause exists to believe the charged offense has been committed and to believe that Defendant committed the violation.

ORDER FOLLOWING PRELIMINARY HEARING - 1

2.	A status conference was set before **Judge Dimke in Yakima, Washington, on Friday, July 19, 2019 at 10:00 AM.**

DATED this July 1, 2019.

<u>s/*Mary K. Dimke*</u>
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER FOLLOWING PRELIMINARY HEARING - 2